IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Domina Jr, Edward J | Case Number: 08 B 14925 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/26/08 | Filed: 6/11/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Kathleen Domina | Priority | 62,349.56 | 0.00 |
| 2. | Paul Feinstein | Unsecured | 400.00 | 0.00 |
| 3. | Asset Acceptance | Unsecured | 37.62 | 0.00 |
| 4. | Ottawa Medical Center | Unsecured | 708.00 | 0.00 |
| 5. | Capital One | Unsecured | | No Claim Filed |
| 6. | Unistates CA LLC | Unsecured | | No Claim Filed |
| 7. | Capital One | Unsecured | | No Claim Filed |
| 8. | Televox Software Inc | Unsecured | | No Claim Filed |
| 9. | Capital One | Unsecured | | No Claim Filed |
| 10. | Darby Dental Lab Supply | Unsecured | | No Claim Filed |
| 11. | Cavalry Portfolio Services | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Ford Motor Credit Corporation | Unsecured | | No Claim Filed |
| 15. | Frank T Steponate | Unsecured | | No Claim Filed |
| 16. | H & R Accounts | Unsecured | | No Claim Filed |
| 17. | I C Systems Inc | Unsecured | | No Claim Filed |
| 18. | Goodwin Bryan & Schill | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 21. | Practice Works Systems | Unsecured | | No Claim Filed |
| 22. | AT&T Credit Management | Unsecured | | No Claim Filed |
| | | | $ 63,495.18 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Domina Jr, Edward J

Printed:  8/26/08

Case Number:  08 B 14925
Judge:  Wedoff, Eugene R
Filed:  6/11/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

